COE WELLS, Respondent, *v.* WILLIAM H. ROSS, Appellant.

(Argued December 19, 1877; decided January 15, 1878.)

DECIDED upon the facts in the case.

*Edward K. Clark* for appellant.

*O. W. Chapman* for respondent.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.

---

HENRY P. KIDDER, Assignee, etc., Respondent, *v.* WILLIAM
T. HORROBIN et al., Appellants.

THE SAME, Respondent, *v.* THE SAME, Appellants.

THESE cases presented the same questions, and were argued
and decided with *Kidder* v. *Horrobin* (*ante,* p 159).